IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| **In re:**<br><br>**JERRY CURTIS LEWIS and**<br>**BRANDY LANELL LEWIS,**<br><br>    **Debtors.** | Case No. 25-90033<br>Chapter 7 |

**ORDER GRANTING TRUSTEE'S APPLICATION TO**
**EMPLOY HAYWARD PLLC AS SPECIAL COUNSEL**

ON THIS DAY CAME ON FOR CONSIDERATION the *Trustee's Application to Employ Hayward PLLC as Special Counsel* (the "Application") filed by Diane Carter, Chapter 7 Trustee, seeking authorization to employ Hayward PLLC ("HPLLC") as special counsel for the Trustee. After consideration of the Application, the arguments presented by counsel, finding that notice was proper and that the Office of the United States Trustee has no objections to the employment of HPLLC as attorneys for the Trustee, it is the opinion of this Court that the Application should be granted.

IT IS, THEREFORE, ORDERED that:

1. The Application to approve the employment of HPLLC as special counsel for the Trustee is hereby granted;

2. HPLLC is hereby employed as special counsel for the Trustee.