## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>JERRY CURTIS LEWIS & BRANDY LANELL LEWIS<br><br>Debtor | Case No. 25-90033<br>Chapter 7 |

## TRUSTEE'S OBJECTION TO EXEMPTIONS

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU <u>MUST</u> FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS OBJECTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING _WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE_ SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW Diane Carter, Chapter 7 Trustee, and files this Objection to Exemptions and, in support hereof, would show the Court as follows:

1.      On February 7, 2025, Jerry Curtis Lewis & Brandy Lanell Lewis ("Debtors") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") commencing the above referenced bankruptcy proceeding. On the same day, Debtors filed their bankruptcy schedules ("Schedules").

2.      Thereafter, Diane Carter was appointed the Chapter 7 Trustee and has since remained in that capacity.

3.      On line 25 of Debtors' A/B Schedule, they indicate the following: "My family and I are the beneficiaries of the Munitionem Trust 2015 (Spendthrift). Trust was established in July 2023 and funded by JC Lewis Construction, LLC in Dec 2023; current value $242000; This is not

property of our bankruptcy estate" ("Alleged Spendthrift Trust").[1]    The funds paid were a distribution to the Debtor from his wholly owned entity at a time when the Debtor and JC Lewis Construction Company LLC had defaulted on obligations and were defending creditor collection actions against them.

4.    While Debtors do not expressly claim an exemption in the Alleged Spendthrift Trust, Debtors do contend that it is not property of the estate. Out of an abundance of caution, Trustee files this objection to preserve her rights to the extent that Debtors would attempt to argue or contend that the Alleged Spendthrift Trust or the funds within it are exempt.

WHEREFORE, the Trustee prays that the foregoing objection be sustained, that any exemption that might be claimed in the Alleged Spendthrift Trust be disallowed, and the Court grant her such other and further relief to which she is justly entitled.

DATED: JULY 18, 2025

Respectfully submitted,

By: */s/ Wyatt Shirley*
Wyatt Shirley
  Texas State Bar No. 24131665
  WShirley@HaywardFirm.com
  (972) 755-7102
Melissa S. Hayward
  State Bar No. 24044908
  MHayward@HaywardFirm.com
HAYWARD PLLC
10501 N Central Expy, Suite 106
Dallas, Texas 75231-2203

**COUNSEL FOR CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing list in accordance with LBR 9013(f) either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S.

---

[1] ECF No. 1 at 16.

Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 18th day of July 2025.

/s/ *Wyatt Shirley*
Wyatt Shirley

Label Matrix for local noticing
0540-9
Case 25-90033
Eastern District of Texas
Lufkin
Wed Apr 30 19:36:32 CDT 2025

3E Contracting
1304 Langham Creek Dr no 300
Houston, TX 77084-5043

ABC Supply Co Inc
PO Box 842450
Dallas, TX 75284-2450

ACT Pipe Supply
6950 W Sam Houston Pkwy N
Houston, TX 77041-4023

ARC Abatement LTD
225 S 12th St
Waco, TX 76701-1811

AT&T Landlines
PO Box 455
Center, TX 75935-0455

AT&T Unverse
PO Box 455
Center, TX 75935-0455

Ace Painting Contracting
365 Lone Star Rd
Lufkin, TX 75901

Advance Laparoscopic Robo Surgery
2551 Greenwood Rd Ste 310
Shreveport, LA 71103-3989

Alexander Brandon
800 Lynn St
Bonham, TX 75418-4036

Alexander Electric Inc
1602 E Denman
Lufkin, TX 75901-6154

Ally Bank
c/o Central Loan Administration & Report
425 Phillips Blvd
Ewing, NJ 08618-1430

Ally Home Loans
PO Box 77404
Trenton, NJ 08628-6404

American Express
PO Box 981535
El Paso, TX 79998-1535

Jeannie Lee Andresen
Linebarger Goggan Blair & Sampson LLP
PO BOX 3064
Houston, TX 77253-3064

Arrow Roll Offs & Recycling Inc
3010 CR 175
Leander, TX 78641-1669

Atmos Energy Corp
Construction Claims Cntr
PO Box 47604
Minneapolis, MN 55447-0604

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

Banterra Bank
Attn: Bankruptcy 3201 Banterra Dr
Marion, IL 62959-6381

Baylor Scott & White
8 Oak Park Drive
Bedford, MA 01730-1414

Best Block
PO Box 930134
Atlanta, GA 31193-0134

Blenden Roth Lawfirm
Atty for National Funding Inc
2217 Harwood Rd
Bedford, TX 76021-3607

Bobby Jean Wood
2671 FM 414
Center, TX 75935-5549

Breath Safe Environment Svcs
PO Box 83557
Baton Rouge, LA 70884-3557

Steven Kyle Cannon
Dry Law PLLC
909 18th St
Plano, TX 75074-5830

Capital One
PO Box 26094
Richmond, VA 23260-6094

Diane Carter
660 North Central Expressway
Ste. 101
Plano, TX 75074-6759

(p)CENTIMARK CORPORATION
12 GRANDVIEW CIRCLE
CANONSBURG PA 15317-8533

Champion Fire & Security
2701 W Plano Pkwy no 500
Plano, TX 75075-8213

Channel Partners Capital LLC
co LAM LYN & PHILIP PC
6363 Woodway Dr Ste 975
Houston, TX 77057-1713

Chase
PO Box 15298
Wilmington, DE 19850-5298

(p)CALI LAW OFFICES LLC
201 SOLAR STREET
SYRACUSE NY 13204-1425

Coburns
PO Box 99001
Denham Springs, LA 70727-9001

Collins Construction Group
340 George Simpson Rd
Huntington, TX 75949-1287

Commercial Bank of Texas
600 S. First
Lufkin, TX 75901-3970

Commercial Bank of Texas, N.A.
c/o James W. King
6420 Wellington Place
Beaumont, TX 77706-3206

Commercial Bank of Texas, N.A.
P.O. Box 1510
Center, TX 75935-1510

Commercial Bank of Texas, N.A.
c/o James King
6420 Wellington Pl
Beaumont, TX 77706-3206

Copley Land Surveying Inc
5904 Texoma Pkwy
Sherman, TX 75090-2132

County Clerk Hays County Texas
case no 24-0730-c
712 S Stagecoach Trail #2008
San Marcos, TX 78666-5999

Cowtown Materials
401 Garden Acres Dr
Grand Saline, TX 75140

Craig Nowak, Receiver
for National Funding Inc
24165 IH 10 West 217-418
San Antonio, TX 78257-1449

Discover Financial
Attn: Bankruptcy Dept
PO Box 3025
New Albany, OH 43054-3025

District Clerk Angelina Co
case no cv 00227-24-4
PO Box 908
Lufkin, TX 75902-0908

District Clerk Shelby Co
case 24cv36916
200 San Augustine Ste B
Center, TX 75935-3959

Dobbles Plumbing
1875 fM 273
Bonham, TX 75418-5451

Doches Credit Union
c/o Bill Pedersen, Jr.
Stripling, Pedersen & Floyd, LLP
P O Drawer 630870
Nacogdoches, TX 75963-0870

(p)DOCHES CREDIT UNION
ATTN LAURA DANIELS
203 SOUTH ST
NACOGDOCHES TX 75961-5577

EMBCC Angelina Emer Med Ass
PO Box 981028
Boston, MA 02298-1028

Easttex Glass & Mirror
3102 South St
Nacogdoches, TX 75964-6640

Elite Internal Medicine
2551 Greenwood Rd no 220
Shreveport, LA 71103-3985

Elliot Electric Supply
PO Box 630610
Nacogdoches, TX 75963-0610

Elliott Electric Supply Inc
2526 N Stallings Dr
Nacogdoches, TX 75964-1201

Estamillado Nandin Paintina
621 E Richard St
Sherman, TX 75090-4778

Evans Cabinets
1321 N Franklin St
Dublin, GA 31021-6929

FivePoint Credit Union
c/o James W. King
6420 Wellington Place
Beaumont, TX 77706-3206

Hartman Bldg Specialites LTD
PO Box 20456
Beaumont, TX 77720-0456

HealthSouth Diag Beaumont
PO Box 226327
Dallas, TX 75222-6327

Home Depot
PO Box 790328
Saint Louis, MO 63179-0328

Jennifer A. Hooper
Brock and Scott PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103-2930

Hunt Construction Services
PO Box 113
Buda, TX 78610-0113

IPFS Corp Insurance
1055 Broadway Blvd no 11
Blue Springs, MO 64015


JC Lewis Construction, LLC
PO Box 455
Center, TX 75935-0455

James Hawley Attorney
National Funding Inc
9530 Towne Centre Dr
San Diego, CA 92121-1981

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600


Jpmcb
MailCode LA4-7100 700 Kansas Lane
Monroe, LA 71203

JustUS Plumbing
1700 Bryant Dr no 203
Round Rock, TX 78664-3899

Kelly Moore Paints
3010 Williams Dr
Georgetown, TX 78628-2787


James W. King
Offerman & King, L.L.P.
6420 Wellington Place
Beaumont, TX 77706-3206

Kinzler Construction Services
700 SE Oralabor Rd Ste 1
Ankeny, IA 50021-5616

L & L AC Electrical
705 N Sulphur
Dodd City, TX 75438-5249


LAM LYN PHILIP PC
Channel Partners Captial LLC
6363 Woodway Dr Ste 975
Houston, TX 77057-1713

Lawrence Falli BARNETT & GARCIA PLLC
Atty for Best Block
3821 Juniper Trace no 108
Austin, TX 78738-5514

Brandy Lanell Lewis
PO Box 1510
Center, TX 75935-1510


Jerry Curtis Lewis
PO Box 1510
Center, TX 75935-1510

Live Oak Environmental
517 N US Hwy 69
Huntington, TX 75949-8893

Lone Star Storage Trailers Inc
1095 E Phillip Nolan Expwy
Nolanville, TX 76559-4572


M & L Drywall
3830 S State Hwy 78
Bonham, TX 75418

MBCI
PO Box 38217
Houston, TX 77238-8217

MCCBG Lowes
PO Box 71772
Philadelphia, PA 19176-1772


McCoys Bld Supply
2701 M L King Jr
Woodville, TX 75904

McKnight Construction
15321 N US Hwy 69
Pollok, TX 75969-2990

Morgan Shell
WRIGHT & GREENHILL PC
4700 Mueller Blvd no 200
Austin, TX 78723-3645


(p)NATIONAL FUNDING
ATTN ATTN ROBERT ZAHRADKA
9530 TOWNE CENTRE DR SUITE 120
SAN DIEGO CA 92121-1981

Orange Co Superior Court
case no 30 2023 01356153 CU BC CJC
700 Civic Cntr Dr West
Santa Ana, CA 92701-4045

Outlaw Construction
PO Box 398
Bonham, TX 75418-0398


Bill Pedersen Jr.
P. O. Box 630870
Nacogdoches, TX 75963-0870

Pineywoods Sanitation
517 N US Hwy 69
Huntington, TX 75949-8893

Pinner Construction & Fabrication LLC
1151 N Main ST
Huntington, TX 75949-8431

Prosperity Bank
11451 Broadway St
Pearland, TX 77584-3377

Prosperity Bank
PO Box 3648
Coppell, TX 75019-4134

RP Construction
7172 FM 2164
Denton, TX 76205

Red River Consultants
Dept 05-045
PO Box 3488
Tupelo, MS 38803-3488

Robert Ross Attorney
Zwicker & Associates, PC
1225 Franklin Ave no 260
Garden City, NY 11530-1694

Ryan Dry
Dry Law PLLC
909 18th Street
Plano, TX 75074-5830

Schexnider Landscaping
722 W 14th St
Crowley, LA 70526-2708

Shelby County
Linebarger Goggan Blair & Sampson LLP
c/o Jeannie Lee Andresen
P.O. Box 3064
Houston, TX 77253-3064

Sherwin Williams Co
711 E Taylor St
Sherman, TX 75090-2859

Small Business Admin
801 Tom Martin Dr Ste 120
Birmingham, AL 35211-6424

Smith Carpets
1289 Clarsville St
Paris, TX 75460-6030

Southwest Recovery Services
16200 Addison Rd 260
Addison, TX 75001-5423

Walter David Stephens
P.O. Box 444
103 E. Denman
Lufkin, TX 75901-3993

Strickland Plumbing
1510 Atkinson Dr
Lufkin, TX 75901-3166

(p)SUBURBAN PROPANE LP
ATTN CREDIT & COLLECTIONS
240 ROUTE 10 WEST
WHIPPANY NJ 07981-2105

TD Auto Finance
Bldg 200
4600 Touchton Rd Ste 400
Jacksonville, FL 32246-8299

TD Bank, N.A., successor in interest to
TD Auto Finance LLC
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-1849

Tarrant County Clerk
case no 2024 005462-1
100 W Weatherford St
Fort Worth, TX 76196-0204

Tex Oma Builders Supply
3385 Juanita Dr bld 1
Denison, TX 75020

Texas Anesthesia Partners
27319 Saxon Meadow Lane
Cypress, TX 77433-3803

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Pro Chemical Soil Stabilization
1937 Co Rd 2293
Quinlan, TX 75474-2801

The Delta Group
PO Box Box 981028
Boston, MA 02298-1028

Tiffany Edwards, Sr VP
11451 Broadway
Katy, TX 77450

Travelers Insurance
500 N Central Expwy ste 550
Garland, TX 75047

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

United Rentals
117 Hwy 82 West
Bonham, TX 75418

United States Fire Ins Co C&F
Case no 9:24 cv 112 USDC EDTX
305 Madison Ave
Morristown, NJ 07960-6117

Unlimited Stone
114 Stever St
Longview, TX 75604-4723

Stephen Wilcox
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-1849

Willis Knighton Imes Svcs
PO Box Box 52775
Shreveport, LA 71135-2775

Stephen J. Zayler
123 E. Lufkin Avenue
PO Box 150743
Lufkin, TX 75915-0743

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982235
El Paso, TX 79998

Bankers Healthcare Group
201 Solar Street
Syracuse, NY 13204

Centimark Corporation
12 Grandview Cir
Canonsburg, PA 15317

Christopher Cali, Esq
Atty for Bankers Healthcare Group LLC
201 Solar Street
Syracuse, NY 13204

Doches Credit Union
920 NW Stallings
Nacogdoches, TX 75964

(d)Doches Cu
920 NW Stallings
Nacogdoches, TX 75964

John Deere Financial
PO Box 6600
Johnston, IA 50131

National Funding
9530 Towne Centre Dr
San Diego, CA 92121

Suburban Propane
PO Box 12124
Fresno, CA 93776-2124

Texas Comptroller of Public Accts
Revenue Accting Div./Bankruptcy
PO box 13528
Austin, TX 78711-3528

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)TD Bank, N.A., successor in interest to TD

(u)United States Fire Insurance Company

End of Label Matrix
Mailable recipients    122
Bypassed recipients      2
Total                  124