

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| IN RE: | |
|---|---|
| JERRY CURTIS LEWIS & BRANDY LANELL LEWIS | Case No. 25-90033<br>Chapter 7 |
| Debtor | |

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS

Came on for consideration Trustee's Objection to Exemptions filed by Diane Carter on July 18, 2025 ("Objection"). Having considered the Objection, the arguments of counsel, and there being no objection, the Court finds that the Objection is well founded and should be granted. Accordingly, it is therefore:

**ORDERED**: that

1. The Objection is SUSTAINED in its entirety and to the extent Debtors claim an exemption in the Alleged Spendthrift Trust (as defined in the Motion) it is DISALLOWED.

SO ORDERED.

Signed on 8/28/2025

---
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE