# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

|  | : |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| JERRY CURTIS LEWIS and BRANDY LANELL LEWIS, | : | Case No. 25-90033 |
|  | : |  |
|  | : |  |
| Debtors. | : |  |
|  | : |  |

## ORDER APPROVING APPLICATION FOR ADMISSION PRO HAC VICE

ON November 10, 2025, an application was filed by Edmond M. George (the Applicant) for admission to practice before this Court pro hac vice (the "Application") in the above-referenced case. The Court has reviewed the Application and finds that the Application substantially complies with the requirements of Local Rules regarding admission on a *pro hac vice* basis. Accordingly, good cause exists for the entry of the following order:

IT IS THERFORE ORDERED that the Application for Pro Hac Vice Admission filed on November 10, 2025 by Edmond M. George is GRANTED, subject to the requirement that all attorneys admitted to practice before this Court shall file all documents by electronic means pursuant to General Order 04-1, a copy of which may be reviewed at www.txeb.uscourts.gov.

4937-0230-6936 v1