IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE | § | Case No:25-90033 |
| Jerry and Brandy Lanell Lewis | | |
| 1882 CR 3000 | | |
| Joaquin, TX 75954 | | |
| xxx-xx-0900 | | |
| xxx-xx-1640 | | |
| DEBTOR | § | Chapter 7 |

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR FILED BY W. DAVID STEPHENS

**ON THIS DATE** the Court considered the MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR, Jerry and Brandy Lanell Lewis, filed by attorney W. David Stephens in the above referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21) days negative notice language, pursuant to Local Rule of Bankruptcy Procedure 9007, which directed any party opposed to granting the relief sough by the Motion to file a written response within twenty one (21) days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR filed by the attorney, W. David Stephens, is GRANTED and attorney, W. David Stephens is hereby relieved of any further duties to this court on behalf of the Debtor, Jerry and Brandy Lanell Lewis.